

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00579-CV

**IN THE INTEREST OF E.M.T.**, J.A.T., E.C.S., E.M.S., E.D.S., and E.A.C., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01657
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED. Costs of appeal are not assessed against the appellants because they qualify as indigent.

SIGNED May 7, 2025.

_____
Irene Rios, Justice